Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Jacqueline Crow, Mackenzie Cooley.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case Number: 23-4204 |
| ) | |
| **Schuyler County Sheriff's Office.** ) | |
| ) | |
| **Defendant.** ) | |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Jacqueline Crow and Mackenzie Cooley's action against Defendant Schuyler County Sheriff's Office is dismissed without prejudice for failure to state a claim.

**Dated: 9/6/2024**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court